# United States District Court
## District of Utah

Markus B. Zimmer
Clerk of Court

Louise S. York
Chief Deputy

October 7, 2003

In the matter of:

    Cannon v. USA

    U.S. District Court Case Number: 2:98cv882 BSJ
    USCA Court Case Number: 02-4059 and 02-4066

On 10/06/2003, pursuant to the Order of the U.S. Court of Appeals for the Tenth Circuit, the Mandate in the above-cited case was filed and docketed.

Sincerely,

Markus B. Zimmer, Clerk

By: *A Paskins*
Aaron Paskins
Appeals Clerk

cc:
Judge Bruce S. Jenkins
Counsel of Record

Frank E. Moss U.S. Courthouse
Office of the Clerk

350 South Main Street
Suite 150

Salt Lake City, Utah 84101-2180
801/524-6100

139

```
                                                             asp
                  United States District Court
                           for the
                       District of Utah
                       October 7, 2003


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:98-cv-00882
```

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
     Mr. James R. Holbrook, Esq.
     CALLISTER NEBEKER & MCCULLOUGH
     10 E SOUTH TEMPLE STE 900
     SALT LAKE CITY, UT  84133
     EMAIL

     Mr. Melvin E Leslie, Esq.
     4444 S 700 E STE 203
     SALT LAKE CITY, UT  84107-3075

     Gay Elizabeth Kang, Esq.
     US DEPARTMENT OF JUSTICE
     TORT CLAIMS/CIVIL LITIGATION
     PO BOX 340
     BEN FRANKLIN STATION
     WASHINGTON, DC  20044
     EMAIL

     Daniel D. Price, Esq.
     US ATTORNEY'S OFFICE
     ,    84111
     EMAIL

     Kirsten L. Wilkerson, Esq.
     US DEPT OF JUSTICE
     PO BOX 340
     WASHINGTON, DC  20044

     Mr. Randall N Skanchy, Esq.
     THIRD DISTRICT COURT
     W43
     450 S STATE ST
     SALT LAKE CITY, UT  84111

     Mr. Anthony L Rampton, Esq.
     JONES WALDO HOLBROOK & MCDONOUGH
     170 S MAIN ST STE 1500
     PO BOX 45444
     SALT LAKE CITY, UT  84145-0444
     EMAIL
```